IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DERICK COLIN WILKINSON | Violations: 18 U.S.C. §§ 81, 113(a)(3), 113(a)(6), 113(a)(8), 844(h)(1), 1111, 1153 and 1512(c)(1) |

COUNT ONE

**Second-Degree Murder in Indian Country**

The Grand Jury Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DERICK COLIN WILKINSON,

an Indian, did unlawfully kill Jane Doe, a human being, with malice aforethought;

In violation of Title 18, United States Code, Sections 1111 and 1153.

COUNT TWO

**Arson in Indian Country**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DERICK COLIN WILKINSON,

an Indian, did willfully and maliciously set fire to and burn a building, namely, 5704 Bloody Knife Street, White Shield, North Dakota, which was the dwelling of Jane Doe, Minor Victim 1, and Minor Victim 2, and in so doing, placed in jeopardy the life of any person, namely, Minor Victim 1 and Minor Victim 2;

In violation of Title 18, United States Code, Sections 81 and 1153.

## COUNT THREE

**Assault with a Dangerous Weapon in Indian Country**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DERICK COLIN WILKINSON,

an Indian, did assault Jane Doe with a dangerous weapon, namely, a wooden chair and a bookshelf, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT FOUR

**Assault with a Dangerous Weapon in Indian Country**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DERICK COLIN WILKINSON,

an Indian, did assault Jane Doe with a dangerous weapon, namely, a knife, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

<u>COUNT FIVE</u>

**Assault Resulting in Serious Bodily Injury in Indian Country**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DERICK COLIN WILKINSON,

an Indian, did assault Jane Doe, which resulted in serious bodily injury to Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

COUNT SIX

**Assault by Strangulation of an Intimate Partner or Dating Partner
in Indian Country**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DERICK COLIN WILKINSON,

an Indian, did assault Jane Doe, an intimate partner and dating partner, by strangling and suffocating, and attempting to strangle and suffocate, Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

## COUNT SEVEN

**Tampering with Evidence**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota,

DERICK COLIN WILKINSON

did corruptly alter, destroy, mutilate, and conceal, and attempted to alter, destroy, mutilate, and conceal any object located at 5704 Bloody Knife Street, White Shield, North Dakota, for use in an official proceeding, to wit: (1) the body of Jane Doe; (2) the blood of Jane Doe; (3) a chair used to assault Jane Doe; (4) a knife used to assault Jane Doe; (5) a Wyze Cam brand security camera; and (6) evidence of Derick Colin Wilkinson's assault and murder of Jane Doe, with the intent to impair the integrity and availability of the objects located at 5704 Bloody Knife Street, White Shield, North Dakota, for use in an official proceeding, to wit: law enforcement's investigation into the assault and death of Jane Doe, which was: (1) a matter under investigation by, and within the jurisdiction of, the Federal Bureau of Investigation; (2) a matter which would have been presented to a proceeding before a federal grand jury; and (3) a matter which would have been presented to a proceeding before a judge and court of the United States

In violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT EIGHT

**Use of Fire to Commit a Felony**

The Grand Jury Further Charges:

From on or about August 8, 2024, to on or about August 9, 2024, in the District of North Dakota,

DERICK COLIN WILKINSON

did use fire at 5704 Bloody Knife Street, White Shield, North Dakota, to commit any felony which may be prosecuted in a court of the United States, to wit: Tampering with Evidence, in violation of 18 U.S.C. Section 1512(c)(1), as charged in Count Seven of the Indictment;

In violation of Title 18, United States Code, Section 844(h)(1).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

NB/tmg